**2010-0854. State v. Kirkland.**
Hamilton C.P. No. B0901629. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for stay of

execution scheduled for September 30, 2010,

It is ordered by the court that the motion is granted pending final disposition of this appeal.